# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ALDERWOODS (PENNSYLVANIA), INC., A WHOLLY OWNED SUBSIDIARY OF SERVICE CORPORATION INTERNATIONAL, T/A BURTON L. HIRSCH FUNERAL HOME, | : No. 231 WAL 2017 <br> : <br> : <br> : Petition for Allowance of Appeal from <br> : the Order of the Commonwealth Court |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION, THE HONORABLE GLADYS M. BROWN, CHAIRMAN, THE HONORABLE ANDREW G.  PLACE, VICE CHAIRMAN, THE HONORABLE JOHN F. COLEMAN, JR., COMMISSIONER,THE HONORABLE ROBERT F. POWELSON, COMMISSIONER, THE HONORABLE DAVID W. SWEET, COMMISSIONER, AND DUQUESNE LIGHT COMPANY, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Respondents | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.  The "Application for Expedited Order Granting an Injunction During the Pendency of an Appeal" is **DENIED** as moot.